# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLISLE KINCAID, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-20-797-D |
| THE OKLAHOMA PROJECT, LLC, *et al.*, | ) |
| Defendants. | ) |

## **J U D G M E N T**

Pursuant to the Order issued this date, this action is dismissed without prejudice to refiling.

Entered this 27th day of August, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge